■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARRY WILT, Appellant, v ANDREW P. MELONI, as Monroe County Sheriff, et al., Respondents.—Appeal unanimously dismissed as moot. Memorandum: Petitioner's current detention results from the revocation of his parole following a final parole revocation hearing. The sole issue presented on this appeal is whether the evidence at petitioner's preliminary parole revocation hearing provided probable cause to support the Hearing Officer's determination. That issue "has been subsumed by revocation of petitioner's parole", thus mooting this appeal *(Matter of Collins v Rodriguez,* 138 AD2d 809). (Appeal from judgment of Monroe County Court, Marks, J.—habeas corpus.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDDIE McKEE, Appellant, v ANDREW P. MELONI, as Monroe County Sheriff, et al., Respondents.—Appeal unanimously dismissed as moot. Memorandum: Petitioner appeals from a judgment dismissing his petition seeking habeas corpus relief and annulment of revocation of his parole. He argues that a Grand Jury dismissal of criminal charges against him collaterally estopped the Parole Board from revoking his parole based on the same conduct. Since petitioner has completed the maximum term of his sentence, this appeal is moot *(see, Matter of Salas v New York State Div. of Parole,* 139 AD2d 519, 520). (Appeal from judgment of Monroe County Court, Connell, J.—habeas corpus.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CARLTON McGRIFF, Respondent.—Order unanimously affirmed *(see, People v Likely,* 166 AD2d 872 [decided herewith]). (Appeal from order of Monroe County Court, Connell, J.—suppression.) Present—Doerr, J. P., Denman, Boomer, Pine and Lawton, JJ.